UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN KELKE and NANCY KELKE,

            Plaintiffs,

-vs-                                        Docket No. 2:08-cv-11396
                                              Hon. Patrick J. Duggan
RODNEY JASKOWSKI and                MJ:  Steven D. Pepe
JEREMY B. ALLEN, jointly and severally

            Defendants.
_____/
ALLEN E. JONES (P 28495)
Attorney for Plaintiffs
2444 Maple Street
Deckerville, Michigan   48427
Telephone:  810.366.0048
----------------------------------------------------------------------
ROBERT J. SEIBERT (P 32098)
SEIBERT AND DLOSKI
Professional Limited Liability Company
Attorneys for Defendants
19500 Hall Road, Suite 101
Clinton Township ,Michigan   48038
Telephone:  586.469.3800
----------------------------------------------------------------------

## **ORDER OF DISMISSAL WITH PREJUDICE**

      At a session of said Court held in the United States District Court, Eastern District of Michigan, Southern Division, located in the City of Detroit, Wayne County, Michigan.

PRESENT:   HONORABLE   PATRICK J. DUGGAN, United States District Court Judge

    THIS MATTER having come before the Court upon the stipulation of the parties hereto, and the Court being otherwise fully advised in the premises;

    NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that all claims

asserted by Plaintiffs, John Kelke and Nancy Kelke, against Defendants, Rodney Jaskowski and Jeremy Allen, be and the same hereby are, dismissed with prejudice and without costs or attorney fees awarded to any party.

This Order adjudicates all outstanding claims and closes the file.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

BY:    S/with consent of ALLEN E. JONES
        Attorneys for Plaintiffs
        2444 Maple Street
        Deckerville, MI 48427
        Telephone: (810)366-0048
        E-mail: aejlaw@yahoo.com
        (P28495)

BY:    S/ROBERT J. SEIBERT
        Attorneys for Defendants
        19500 Hall Road, Suite 101
        Clinton Township, MI 4803
        Telephone: (586) 469-3800
        E-mail: rseibert@seibertanddloski.com
        (P 32098)